**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE EDGARD QUINONES, ET AL,<br><br>Defendants. | No. C 11-02557 JSW<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |

The parties have requested to appear by telephone at the initial case management conference scheduled for September 16, 2011. By order dated July 14, 2011, this Court set the case management conference and required personal appearance by counsel. The Court requires personal appearances at the first initial case management conference, but upon showing of good cause, may permit counsel to appear by telephone at subsequent case management conferences. Accordingly, the request is DENIED.

**IT IS SO ORDERED.**

Dated: September 13, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE