BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE EDGARD QUINONES, Individually; JORGE EDGARD QUINONES, Individually and doing business as PROFESSIONAL CONSTRUCTION SERVICES; GEORGE QUINONES, Individually; GEORGE QUINONES, Individually and doing business as PROFESSIONAL CONSTRUCTION SERVICES; and PROFESSIONAL CONSTRUCTION SERVICES,<br><br>Defendants. | No. 11-cv-2557 JSW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendants stipulate to voluntarily dismiss the above-captioned action *without prejudice*. The parties have agreed upon a resolution of this matter and Defendants are currently making payments to Plaintiffs. The parties request that the Court maintain jurisdiction over this case for six (6) months from September 14, 2011.

A Case Management Conference has been scheduled for September 16, 2011 at 1:30 p.m. With this Stipulation for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: September 14, 2011            WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

                                            /S/ *Conchita Lozano-Batista*
                                     By:    CONCEPCIÓN E. LOZANO-BATISTA
                                            Attorneys for Plaintiffs

Dated: September 14, 2011            LAW OFFICES OF ARI J. LAUER

                                            /S/ *Ari J. Lauer*
                                     By:    ARI J. LAUER
                                            Attorneys for Defendants

### [PROPOSED] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until April 14, 2012. The Case Management Conference set for September 16, 2011 is hereby vacated.

Dated: September 15, 2011            _____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

128005/636773

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No. 11-cv-2557 JSW